## 25507. STEGALL v. THE STATE.

MACINTYRE, J. The evidence, while conflicting, authorized the judge, trying the case without the intervention of a jury, to find the defendant guilty of operating a motor vehicle on a public highway while under the influence of intoxicating liquors. The court did not err in overruling the motion for new trial, which contained the general grounds only. *Austin* v. *State,* 47 *Ga. App.* 191 (170 S. E. 86); *Cavender* v. *State,* 46 *Ga. App.* 782 (169 S. E. 253); *Durham* v. *State,* 166 *Ga.* 561 (144 S. E. 109). *Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MAY 7, 1936.

354

J. A. Drake, C. A. Drake, for plaintiff in error.
M. E. O'Neal, solicitor, contra.